Law Office of Stephen J. Goldberg, SB#74473
623 Levering Ave.
Los Angeles, CA 90024
Email: Golds711@aol.com
310-824-2447
310-209-1603 (Fax)
Attorney for Defendants Erick Geisler and GS Entertainment, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| MICHAEL WILLIAMSON, and DWIGHT LAY, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>Vs.<br><br>ERICK GEISLER, GS ENTERTAINMENT, LLC, a California limited liability Company, MUSE PRODUCTIONS, INC., a California Corporation, and NICK CASSAVETES<br><br>Defendants. | Case No. CV12-8056-DSF(JCx)<br>*Assigned to Hon. Dales S. Fischer*<br><br>**DEFENDANTS ERICK GEISLER AND GS ENTERTAINMENT, LLC'S NOTICE OF JOINDER IN DEFENDANT MUSE PRODUCTION'S OPPOSITION TO PLAINTIFFS' MOTION FOR MOTION FOR CERTIFICATION OF A CLASS ACTION**<br><br>DATE: May 20, 2013<br>TIME: 1:30 P.M.<br>COURTROOM: 840<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

NOTICE OF JOINDER

Defendants Erick Geisler and GS Entertainment, LLC hereby formally join in Defendant Muse Productions, Inc.'s ("Muse") Opposition to Plaintiffs' motion for certification of a class action, memorandum of points and authorities, and the declaration of Clark McCutchen which were filed concurrently by Defendant Muse on April 28, 2013.

DATED: May 9, 2013

LAW OFFICE OF STEPHEN J GOLDBERG

By: /s/ Stephen Goldberg

Attorney for Defendants Erick Geisler and GS Entertainment, LLC