1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMSON, and DWIGHT LAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ERICK GEISLER, GS ENTERTAINMENT LLC, a California Limited Liability Company, MUSE PRODUCTIONS, INC., a California Corporation, and NICK CASSAVETES,<br><br>Defendants. | Case No. CV 12-8056-DSF (JCx)<br>*Assigned to Hon. Dale S. Fischer*<br><br>**STIPULATED JUDGMENT** |

Pursuant to Rule 54 of the Federal Rules of Civil Procedure, Plaintiffs Michael Williamson and Dwight Lay and Defendants Erick Geisler and GS Entertainment, LLC hereby stipulate that the Court shall ORDER ENTRY OF JUDGMENT as follows:

1.     With respect to Plaintiff Michael Williamson's individual claims against Defendant Erick Geisler, Judgment shall be entered in favor of Plaintiff Michael Williamson and against Defendant Erick Geisler in the amount of $504.00.

2.     With respect to Plaintiff Michael Williamson's individual claims against Defendant GS Entertainment, LLC, Judgment shall be entered in favor of Plaintiff Michael Williamson and against Defendant GS Entertainment, LLC and in the amount of $8,195.00.

3.     With respect to Plaintiff Dwight Lay's individual claims against Defendant Erick Geisler, Judgment shall be entered in favor of Plaintiff Dwight Lay and against Defendant Erick Geisler in the amount of $809.00.

4.     With respect to Plaintiff Dwight Lay's individual claims against Defendant GS Entertainment, LLC, Judgment shall be entered in favor of Plaintiff Dwight Lay and against Defendant GS Entertainment, LLC, in the amount of $8,942.00.

5.     With respect to its prosecution of the individual claims of Williamson and Lay, Judgment shall be entered in favor of Harris & Ruble and against Defendant GS Entertainment, LLC in the amount of $5,000.00.

6.     Defendants will not challenge the right of Plaintiffs to appeal the Court's denial of Plaintiffs' Motion for Class Certification (ECF Doc. 57).

**IT IS SO STIPULATED.**

DATED:  April 22, 2014                                    HARRIS & RUBLE

                                                         _/s/ *Alan Harris*_____
                                                         Alan Harris
                                                         Priya Mohan
                                                         *Attorneys for Plaintiffs*

DATED:  April 22, 2014

LAW OFFICES OF STEPHEN J. GOLDBERG

_____/s/ *Stephen J. Goldberg*_____
Stephen J. Goldberg
*Attorneys for Defendants Erick Geisler and GS Entertainment, LLC*

**IT IS SO ORDERED.**

4/28/14

DATED:_____

_____
HON. DALE S. FISCHER
United States District Judge